PER CURIAM.
Affirmed. See §§ 775.082(3)(c), 775.-087(l)(b), 782.07 Fla.Stat. (1992). See and compare Files v. State, 613 So.2d 1301 (Fla.1992); Solomon v. State, 596 So.2d 789 (Fla. 3d DCA 1992); Reed v. State, 560 So.2d 203 (Fla.1990); Bohannon v. State, 557 So.2d 680 (Fla. 3d DCA), review denied, 569 So.2d 1278 (Fla.1990); State v. DiGuilio, 491 So.2d 1129 (Fla.1986); Salvatore v. State, 366 So.2d 745 (Fla.1978), cert. denied, 444 U.S. 885, 100 S.Ct. 177, 62 L.Ed.2d 115 (1979).